**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-30590**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ELLIOT DREWERY,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Louisiana**
**(CR-95-372-A)**
_____
**December 13, 1996**
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Elliot Drewery pleaded guilty to conspiracy to possess with intent to distribute cocaine base and cocaine hydrochloride and to carrying a firearm during and in relation to a drug-trafficking crime. He appeals his conviction and sentence, contending that the district court erred by refusing a two-level minor role in the offense reduction, pursuant to U.S.S.G. § 3B1.2, and by failing to

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

rule on his objection to the PSR's determination that he carried a firearm in connection with a drug-trafficking offense.

Based upon the testimony presented at the sentencing hearing and the information contained in the PSR, the district court did not clearly err by refusing to grant the role in the offense reduction. And, the court implicitly overruled Drewery's objection concerning the firearm charge to which, as noted, he had pleaded guilty, and properly sentenced him to five years imprisonment for his conviction under 18 U.S.C. § 924(c)(1).

Accordingly, the judgment is

**AFFIRMED.**